**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                          CASE NO. 8:88-CR-383-T-17

JAMES EDWARD WIMBUSH
_____/

**ORDER**

This cause comes before the Court *sua sponte*. The Court appointed counsel in this case but the defendant had the appointed counsel withdraw. The Court therefore required responses from the United States Probation Office, the government, and the defendant acting on his own behalf. The Court has received and reviewed the response of the government (Docket Nos. 154 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). The *pro se* defendant failed to file a timely response as ordered by the Court (Docket No. 156). The government and the probation office agree that the defendant, who was sentenced as a career offender, is not eligible for a reduction in sentence based on the amended guidelines. In addition, the Court cites to the opinion in *United States v Tingle*, Case No. 08-1777 (8th Cir. 2008), wherein the Court found that the Sentencing Commission "did not lower the sentencing range for career offenders" which is what set Mr. Tingle's sentencing range, as it did the defendant's in this case. Accordingly, it is.

**ORDERED** that the motion for modification of sentence, the requested modification based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 148) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 30th day of July, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record